LILLIAN LIGGINS, Respondent, v. ARTHUR W. CORSE, as Executor of JOHN CORSE, Deceased, Appellant.

GEORGIA RANDALL, Respondent, v. ARTHUR W. CORSE, as Executor of JOHN CORSE, Deceased, Appellant.

Argued March 3, 1938; decided March 18, 1938.

*George Trosk* and *Millard H. Ellison* for appellant.

*Stephen Callaghan, Ralph Stout* and *Isidor Neuwirth* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.